289 So.2d 644

**In re Virginia FLURRY**

v.

**STATE.**

**Ex parte Virginia Flurry.**

**SC 685.**

Supreme Court of Alabama.

Jan. 31, 1974.

Harry D. Raymon, Tuskegee, and John F. Dillon, IV, Alexander City, for petitioner.

William J. Baxley, Atty. Gen., and Frederick T. Enslen, Jr., Sp. Asst. Atty. Gen., for respondent, the State.

BLOODWORTH, Justice.

Petition of Virginia Flurry for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Flurry v. State, 52 Ala. App. 64, 289 So.2d 632.

Writ denied.

HEFLIN, C. J., and COLEMAN, McCALL and JONES, JJ., concur.

288 So.2d 813

**In re Samuel L. GAINES**

v.

**STATE.**

**Ex parte Samuel L. Gaines.**

**SC 618.**

Supreme Court of Alabama.

Dec. 13, 1973.

Rehearing Denied Jan. 31, 1974.

Orzell Billingsley, Jr., Birmingham, for petitioner.

No brief for the state.

FAULKNER Justice.

Petition of Samuel L. Gaines for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Gaines v. State, 52 Ala.App. 29, 288 So.2d 810.

Writ denied.

MERRILL, HARWOOD, MADDOX and JONES, JJ., concur.